

FILED
CLERK, U.S. DISTRICT COURT
JUN 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DISTRICT

| | |
|---|---|
| JOSE CRUZ MEZA,<br><br>　　　　Petitioner,<br><br>vs.<br><br>V.M. ALMAGER, Warden,<br><br>　　　　Respondent. | Case No. CV 08-2341-AG (JWJ)<br><br>**MEMORANDUM AND ORDER GRANTING PETITIONER'S REQUEST TO VOLUNTARILY DISMISS PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE** |

　　　On April 9, 2008, petitioner Jose Cruz Meza, a state prisoner proceeding pro se, filed a "Petition for Writ of Habeas Corpus" (28 U.S.C. § 2254) ("Petition").

　　　On May 1, 2008, petitioner filed a "Motion to Recind [sic] Federal Habeas Writ Proceedings." Petitioner's Motion is construed as a Motion for Voluntary Dismissal ("Motion for Voluntary Dismissal"). Petitioner states that as of April 14, 2008, he has a habeas petition pending in the California Supreme Court. Further, petitioner indicated that he initiated the instant federal matter by mistake. (Motion for Voluntary Dismissal, p. 3.)

　　　This Court will allow petitioner to voluntarily withdraw the instant action and will dismiss this action without prejudice.

## ORDER

Accordingly, **IT IS ORDERED** that petitioner's request to withdraw the instant action is granted and the instant action is dismissed without prejudice.

**IT IS FURTHER ORDERED** that if petitioner should return to federal court at a later date to present another petition for writ of habeas corpus, any such future petition must contain only exhausted claims. See <u>Slack v. McDaniel</u>, 529 U.S. 473, 489, 120 S. Ct. 1595, 146 L. Ed. 2d 542 (2000) (once petitioner is made aware of exhaustion requirement, no reason exists for him not to exhaust all potential claims before returning to federal court). Any future petition for writ of habeas corpus filed with this Court which contains unexhausted claims may be dismissed with prejudice for failure to comply with this Court's order. Federal Rule of Civil Procedure 41 (b); <u>see also</u> <u>Slack v. McDaniel</u>, 529 U.S. at 489.

**IT IS FURTHER ORDERED** that the Clerk shall serve forthwith a copy of this Order on petitioner and counsel for respondent.

DATED: June 17, 2008

ANDREW GUILFORD
United States District Judge

Presented by:
DATED: June 6, 2008

JEFFREY W. JOHNSON
United States Magistrate Judge